1 WILLIAM M. KUNTZ  # 153052
  Attorney at Law
2 4780 Arlington Avenue
  Riverside, CA 92504
3 (951) 343-3400
  Fax (951) 343-4004
4 E-Mail: KuntzSSlaw @sbcglobal.net
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KIM M. ZAMBRANO, | CASE NO.: EDCV16-00586-KS |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SEVEN HUNDRED FORTY-EIGHT DOLLARS and 59/cents ($2,748.59), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: June 9, 2017        /s/
                           HONORABLE KAREN L. STEVENSON
                           UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Wolvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).